```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 08 B 08750
    RODNEY K WHITAKER
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-9617


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 04/10/2008 and was confirmed 09/10/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/08/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
ALEXIAN BROTHERS MED CEN  UNSECURED            341.99          .00           .00
ECAST SETTLEMENT CORP     UNSECURED           1722.81          .00           .00
CAPITAL ONE               UNSECURED         NOT FILED          .00           .00
ROUNDUP FUNDING LLC       UNSECURED           1313.79          .00           .00
CITY OF CHICAGO PARKING   UNSECURED            220.00          .00           .00
COLLECTION ASSOCIATES     UNSECURED         NOT FILED          .00           .00
COMMONWEALTH EDISON       UNSECURED         NOT FILED          .00           .00
DUPAGE COUNTY CLERK OFFI  UNSECURED         NOT FILED          .00           .00
ELK GROVE RADIOLOGY       UNSECURED         NOT FILED          .00           .00
FEB/FRYS                  UNSECURED         NOT FILED          .00           .00
HARRIS & HARRIS           UNSECURED         NOT FILED          .00           .00
MIDWEST SPORTS MEDICINE   UNSECURED         NOT FILED          .00           .00
NICOR GAS                 UNSECURED         NOT FILED          .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED            498.68          .00           .00
WOODARD FUNERAL HOME INC  UNSECURED         NOT FILED          .00           .00
WENDY C WHITAKER          NOTICE ONLY      NOT FILED          .00           .00
WENDY C WHITAKER          NOTICE ONLY      NOT FILED          .00           .00
AMERICAN GENERAL FINANCE  SECURED VEHIC     3598.53          .00           .00
COOK COUNTY TREASURER     SECURED           1895.00          .00           .00
COUNTRYWIDE HOME LOANS    CURRENT MORTG        .00           .00           .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE    23241.99          .00           .00
FRYS ELECTRONICS          SECURED            500.00          .00         35.00
FRYS ELECTRONICS          UNSECURED        NOT FILED          .00           .00
GMAC MORTGAGE             CURRENT MORTG        .00           .00           .00
GMAC MORTGAGE             SECURED NOT I        .00           .00           .00
B-REAL LLC                UNSECURED           2197.05          .00           .00
ASSET ACCEPTANCE LLC      UNSECURED           1065.30          .00           .00
BANK OF NEW YORK          NOTICE ONLY      NOT FILED          .00           .00
LVNV FUNDING LLC          UNSECURED           5692.86          .00           .00
NATIONAL CAPITAL MANAGEM  UNSECURED           2761.18          .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       2,314.00                    2,288.28
TOM VAUGHN                TRUSTEE                                         180.58

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 08750 RODNEY K WHITAKER
```

```
DEBTOR REFUND            REFUND                                            .00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  2,503.86

PRIORITY                                              .00
SECURED                                             35.00
UNSECURED                                             .00
ADMINISTRATIVE                                   2,288.28
TRUSTEE COMPENSATION                               180.58
DEBTOR REFUND                                         .00
                         ---------------      ---------------
TOTALS                   2,503.86                2,503.86
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
     Dated: 01/26/09              _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE